NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AMBER LANE,                                                      )
                                                                )
                         Appellant,                             )
                                                                )
v.                                                              )
                                                                )           Case No.  2D17-120
STATE OF FLORIDA,                                               )
                                                                )
                         Appellee.                              )
_____ )

Opinion filed April 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Howard L. Dimmig, II, Public Defender,
and Judith Ellis, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                         Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.